Prob 12B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Scott Allen MAPLES |
| **Docket Number:** | 1:06CR00081-01 AWI |
| **Offender Address:** | Turlock, California |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 06/18/2003 |
| **Original Offense:** | 21 USC 841(b)(1)(C) - Possession with Intent to Distribute More than 50 Kilograms of Marijuana (CLASS C FELONY) |
| **Original Sentence:** | 27 months custody of the Bureau of Prisons; 3 years supervised release; $100 special assessment. |
| **Special Conditions:** | Participate in and successfully complete a substance abuse treatment program; 180 days Community Corrections Center; Search; Participate in a program of testing; Participate in a co-payment plan; No contact with the minor victim unless approved by the probation officer in advance. |
| **Type of Supervision:** | Supervised release |
| **Supervision Commenced:** | 07/01/2005 |
| **Supervision Recommenced:** | 07/20/2006 |
| **Assistant U.S. Attorney:** | Kathleen A. Servatius      **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Victor Chavez      **Telephone:** (559) 487-5561 |

**RE:    Scott Allen MAPLES**
**       Docket Number:  1:06CR00081-01 AWI**
**       PETITION TO MODIFY THE CONDITIONS OR TERM**
**       <u>OF SUPERVISION WITH CONSENT OF THE OFFENDER</u>**

**Other Court Action:**

| | |
|---|---|
| <u>**06/23/2005**</u>: | Probation Form 12B, Request for Modifying the Conditions of Supervision filed with the Court in the District of New Mexico, modifying supervised release to include placement at a community corrections center for a period of up to 180 days as the offender did not have a home to release to. |
| <u>**02/17/2006:**</u> | Form 12C Petition for Warrant or Summons filed in the District of New Mexico as the result of the offender's arrest for a new law violation.  Warrant issued. |
| <u>**02/24/2006**</u>: | Initial appearance on warrant.  Defendant denied charges and matter continued to April 3, 2006, for status hearing. |
| <u>**03/03/2006:**</u> | Transfer of Jurisdiction accepted from the District of New Mexico. |
| <u>**03/22/2006:**</u> | Superseding Form 12C Petition for Warrant or Summons filed with the Court this date.  Offender remains in custody. |
| <u>**04/03/2006:**</u> | Offender appeared in Court and admitted Charges 2 and 3 of the Superseding Petition filed on March 22, 2006, Failure to Follow the Instructions of the Probation Officer. |
| <u>**04/25/2006:**</u> | Offender appeared in Court for Disposition. Supervised release revoked, offender committed to the Bureau of Prisons for a term of 5 months with 31 months of supervised release to follow. |

**RE:   Scott Allen MAPLES**
**Docket Number:  1:06CR00081-01 AWI**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. **The defendant shall comply with the conditions of home detention for period of 90 consecutive days, to commence when directed by the probation officer.  During this time, the defendant shall remain at his place of residence except for employment or other activities approved in advanced by the defendant's probation officer.  The defendant shall maintain telephone service at this place of residence without an answering device, call forwarding, a modem, caller ID, call waiting, or a cordless telephone for the above period.**

2. **The defendant shall enroll in and successfully complete a 52-week domestic violence program as directed by the probation officer.  The defendant shall pay all costs associated with the treatment.**

**Justification:**   On April 17, 2007, Mr. Maples was convicted of a violation of California Penal Code 243(e)(1), Battery on a Spouse, Co-habitant, or a person who is the parent of the defendant's child, a misdemeanor.  He was sentenced in this matter to 36 months informal probation, 2 days jail, with credit for 2 days, 40 hours of community service, $400 fine, and completion of a 52-week domestic violence program.

Mr. Maples has completed his court-ordered community service and enrolled in his domestic violence classes with Sierra Education and Counseling Services in May 2007, with 17 weeks of treatment remaining.  The victim in this case is now Mr. Maples' wife, and the couple have a son that was born in August.   Mr. Maples is in agreement with the requested modification of his conditions of supervision, and voluntarily signed a Probation

**RE:   Scott Allen MAPLES**
      **Docket Number:  1:06CR00081-01 AWI**
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

Form 49, Waiver of Hearing to Modify the Conditions of Supervised Release, to add the above-noted conditions.

                              Respectfully submitted,

                              /s/ Sandra K. Dash

                              **SANDRA K. DASH**
                              **United States Probation Officer**
                              Telephone:  (209) 549-2817

**DATED:**     February 14, 2008
              Modesto, California
              SKD:lr

**REVIEWED BY:**      /s/ Deborah A. Spencer
                     **DEBORAH A. SPENCER**
                     **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( **X** )   Modification approved as recommended.

(  )   Modification not approved at this time.  Probation Officer to contact Court.

(  )   Other:

IT IS SO ORDERED.

**Dated:   February 15, 2008**              /s/ Anthony W. Ishii
                                    UNITED STATES DISTRICT JUDGE